**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CURTIS E. LOCUS,**

 *Plaintiff*,

**v.**          **Case No.: 5:26cv69-MW/MJF**

**PANAMA CITY POLICE
DEPARTMENT, et al.,**

 *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. The report and recommendation was returned as undeliverable and Plaintiff has not updated his mailing address with this Court, which is his responsibility. *See* ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

 **IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to comply with court orders."

The Clerk shall close the file.

**SO ORDERED on May 13, 2026.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**